IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOEL GREENE,<br><br>      Plaintiff,<br><br>   v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,<br><br>      Defendants. | CIVIL ACTION NO.: 4:21-cv-277 |

**O R D E R**

Before the Court is "Plaintiff's Unopposed Motion to Drop Defendant AWEMD, INC.," which was filed on October 14, 2022. (Doc. 82.) Therein, Plaintiff, citing Federal Rule of Civil Procedure 21, seeks to have Defendant AWEMD, INC., dismissed from the case, as Plaintiff no longer wishes to prosecute this action as to that Defendant. (Id.) Plaintiff states that counsel for all Defendants have indicated that none of the Defendants oppose this Motion, (id.), and no Defendants have filed any response in opposition to the motion. Accordingly, the Court **GRANTS** the motion, (doc. 82), **DISMISSES** Defendant AWEMD, INC., and **DENIES AS MOOT** Defendant AWEMD, INC.'s pending Motion for Summary Judgment, (doc. 79). The Court **DIRECTS** the Clerk of Court to update the docket accordingly.

**SO ORDERED**, this 25th day of October, 2022.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA