# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JOEL GREENE, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF REGENTS OF THE )<br>UNIVERSITY SYSTEM OF GEORGIA, )<br>et al. )<br>)<br>    Defendants. ) | Case No. 4:21-cv-277-RSB-CLR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Joel Greene and Defendants Board of Regents of the University System of Georgia and Physician Assistant LaToya Hall, through their respective counsel, stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, be dismissed with prejudice.  The parties shall bear their own costs.

                      Respectfully submitted,

                      */s/ William J. Smith*
                      William J. Smith
                      Georgia Bar No. 710280
                      *Attorney for Plaintiff*

SMITH LAW, LLC
3611 Braselton Highway
Suite 202
Dacula, GA 30019
T: (678) 889-2264 (Direct)
T: (678) 889-5191 (Main)
F: (844) 828-5615
william@smithlaw-llc.com

- 2 -

/s/ Jason H. Kang
Jason H. Kang
Assistant Attorney General
Georgia Bar No. 759836

/s/ Peter F. Fisher
Peter F. Fisher
Assistant Attorney General
Georgia Bar No. 797142

/s/ Gregory L. Young
Gregory L. Young
Assistant Attorney General
Georgia Bar No. 781937

State Law Department
40 Capitol Square SW
Atlanta, Georgia 30334
Telephone: (404) 458-3559
Facsimile: (404) 651-5304
jkang@law.ga.gov

*Counsel for Defendants Board of Regents of the University System of Georgia and Physician Assistant LaToya Hall*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed this document using the CM/ECF system, which will automatically send email notification and service of such filing to Defendants' attorneys of record.

This the 4th day of January 2024.

*/s/ William J. Smith*
William J. Smith
Georgia Bar No. 710280