IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JOEL GREENE,<br><br>    Plaintiff,<br><br>   v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, et al.,<br><br>    Defendants. | CIVIL ACTION NO.: 4:21-cv-277 |

**O R D E R**

    Before the Court is a Stipulation of Dismissal With Prejudice, signed and filed by counsel for Plaintiff and counsel for Defendants on January 4, 2024, wherein the parties indicate they stipulate to the dismissal, with prejudice, of this action, and all claims asserted or that could have been asserted therein, with each party to bear its own costs. (Doc. 172.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action has been **DISMISSED WITH PREJUDICE**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

    **SO ORDERED**, this 10th day of January, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA